No. 92–8887.  TRIPATI v. REINSTEIN, JUDGE, ET AL.; and TRIPATI v. SUPERIOR COURT OF ARIZONA ET AL.  Sup. Ct. Ariz. Certiorari denied.

No. 92–8889.  HODGES v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–8890.  SHREWSBERRY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–8891.  DEBBS ET UX. v. MASTAGNI, HOLSTEDT, CHIURAZZI & CURTIS.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 92–8892.  VALDEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8893.  CEDRIC HOUSTON T. v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 92–8895.  SCARBROUGH v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–8896,  VUKADINOVICH v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 92–8897.  CARD v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 92–8899.  PARKER v. UNITED STATES; and
No. 92–9223.  PARKER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–8902.  ZEBULON v. TRAN ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 92–8903.  SIEGEL v. GRIEVANCE COMMITTEE, NINTH JUDICIAL DISTRICT.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 92–8904.  THOMAS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 92–8907.  GRAY v. HOPKINS, WARDEN.  C. A. 8th Cir. Certiorari denied.